1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

13   LOUISE MOORE,                          Case No. 3:12-cv-03755-TEH

14           Plaintiff,                     [PROPOSED] ORDER POSTPONING
                                            DATES
15       v.
                                            Judge:  Honorable Thelton E. Henderson
16   AKZO NOBEL PAINTS, LLC and DOES 1
     through 25, inclusive,                 Complaint Filed: February 22, 2012
17
             Defendants.                    **IT IS SO ORDERED AS MODIFIED**
18

19

20

21
     IT IS HEREBY ORDERED as follows:
22
     1.      The non-expert discovery cut-off date in this case shall be **June 6, 2013.**
23
     2.      The last date by which to file dispositive motions shall be filed is **June 13, 2013.**
24
                                                                                    22
     3.      The last date by which dispositive motions shall be heard is **July ~~19~~, 2013**.
25
     4.      ~~The Settlement Conference currently scheduled with Judge Maria-Elena James on~~
26
     ~~June 4, 2013 is hereby vacated, and new Settlement Conference shall be held on the~~
27
     ~~following date and time: _____~~.
28

                                             1
                                                              CASE NO.  3:12-CV-03755-THE
                              ORDER POSTPONING DATES
15706825v.1

| | |
|---|---|
| 1 | ~~The last day by which the Parties shall lodge their respective Settlement Conference~~ |
| 2 | ~~Statements is_____.~~ |
| 3 | IT IS SO ORDERED. |
| 4 | Dated: May __28__, 2013 |
| 5 | |
| 6 | |

Judge Thelton E. Henderson