UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>AKZO NOBEL PAINTS, LLC and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:12-cv-03755-TEH<br><br>[~~PROPOSED~~] ORDER POSTPONING DATES<br><br>Judge:  Honorable Thelton E. Henderson<br><br>Complaint Filed: February 22, 2012<br><br>**IT IS SO ORDERED AS MODIFIED** |

IT IS HEREBY ORDERED as follows:

1.   The non-expert discovery cut-off date in this case shall be **June 6, 2013.**

2.   The last date by which to file dispositive motions shall be filed is **June 13, 2013.**

3.   The last date by which dispositive motions shall be heard is **July ~~19~~ 22, 2013**.

4.   ~~The Settlement Conference currently scheduled with Judge Maria-Elena James on June 4, 2013 is hereby vacated, and new Settlement Conference shall be held on the following date and time: _____.~~

1

1  ~~The last day by which the Parties shall lodge their respective Settlement Conference~~
2  ~~Statements is_____.~~

3    IT IS SO ORDERED.

4  Dated: May __28__, 2013

   _____
   Hon. Thelton E. Henderson
   Judge Thelton E. Henderson