1   SCOTT A. LEWIS (SBN: 149094)
    PERRY, JOHNSON, ANDERSON, MILLER &
2   MOSKOWITZ LLP
    438 First Street, 4th Floor
3   Santa Rosa, California  95401
    Telephone:  (707) 525-8800
4   Facsimile:   (707) 545-8242

5   Attorney for Plaintiff
    LOUISE MOORE
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   LOUISE MOORE,                        Case No. 3:12-cv-03755-TEH

12              Plaintiff,                 **STIPULATION FOR DISMISSAL WITH
                                           PREJUDICE; [PROPOSED] ORDER**
13         v.
                                           **(FED. R. CIV. P., Rule 41(a))**
14   AKZO NOBEL PAINTS, LLC and DOES 1
     through 25, inclusive,                Judge:  Honorable Thelton E. Henderson
15
                Defendants.                Complaint Filed: February 22, 2012
16

17

18        Plaintiff LOUISE MOORE and Defendant AKZO NOBEL PAINTS, LLC., by and

19   through their respective counsel, hereby stipulate that the above-captioned action be

20   dismissed with prejudice, each side to bear its own costs and attorneys' fees.

21

22

23

24

25

26

27

28

                                     1

DATED:  July 22, 2013                    PERRY, JOHNSON, ANDERSON, MILLER
                                         & MOSKOWITZ LLP

                                         BY:_____/S/_____
                                             SCOTT A. LEWIS
                                             ATTORNEYS FOR PLAINTIFF
                                             LOUISE MOORE

DATED: July 22, 2013                     SEYFARTH SHAW LLP

                                         BY: _____
                                             LINDSAY S. FITCH
                                             ATTORNEYS FOR DEFENDANT
                                             AKZO NOBEL PAINTS, LLC

**IT IS SO ORDERED.**

07/23/2013

_____
DISTRICT COURT JUDGE

Judge Thelton E. Henderson

2

STIPULATION FOR DISMISSAL