1  SCOTT A. LEWIS (SBN: 149094)
   PERRY, JOHNSON, ANDERSON, MILLER &
2  MOSKOWITZ LLP
   438 First Street, 4th Floor
3  Santa Rosa, California  95401
   Telephone:  (707) 525-8800
4  Facsimile:   (707) 545-8242

5  Attorney for Plaintiff
   LOUISE MOORE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LOUISE MOORE, | Case No. 3:12-cv-03755-TEH |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | **(FED. R. CIV. P., Rule 41(a))** |
| AKZO NOBEL PAINTS, LLC and DOES 1 through 25, inclusive, | Judge: Honorable Thelton E. Henderson |
| Defendants. | Complaint Filed: February 22, 2012 |

Plaintiff LOUISE MOORE and Defendant AKZO NOBEL PAINTS, LLC., by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

1 | DATED: July 22, 2013 | PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

BY: ___/S/___
SCOTT A. LEWIS
ATTORNEYS FOR PLAINTIFF
LOUISE MOORE

DATED: July 22, 2013 | SEYFARTH SHAW LLP

BY: _____
LINDSAY S. FITCH
ATTORNEYS FOR DEFENDANT
AKZO NOBEL PAINTS, LLC

**IT IS SO ORDERED.**

07/23/2013
_____
DISTRICT COURT JUDGE

Judge Thelton E. Henderson

2
STIPULATION FOR DISMISSAL